IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Sandra Coia            :
                                 :    Chapter 13
Debtor(s)                        :    Case No: 20-13652 ELF

**SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

Paul H. Young, Esquire, Esquire applies under § 330 of the Code for an Order directing the Chapter 13 Trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the above- mentioned debtor's chapter 13 plan and represents:

1. The debtor(s) filed a petition under Chapter 13 of the Code on September 10, 2020.

2. This Court has previously approved Compensation of Counsel Fees in the Debtor's Plan in the amount of $ 4250.00.

3. Applicant requests an award of supplemental compensation, post-confirmation, of $ 1750.00 for 5.6 hours expended in providing the following services:

| Date | Work Completed | By Whom | Hours |
| --- | --- | --- | --- |
| 08/09/2021 | Review of Motion to Dismiss filed by Trustee and discussion with Debtor | Attorney | 1.50 |
| 12/14/2021 | Communication with Trustees office re: MTDC and Continuance | Attorney | .25 |
| 01/03/2021 | Communication with Trustees office regarding resolve of the Motion to Dismiss and the need for continuance | Attorney | .30 |
| 02/06/2022 | Communication with Trustee & Debtor regarding MTDC and how we can resolve with Modified plan; Discussion with Debtor | Attorney | .75 |
| 03/07/2022 | Preparation of Motion to Modify Chapter 13 plan | Attorney | 1.20 |
| 03/07/2022 | Preparation of Fifth Amended plan and Discussion with Debtor | Attorney | 1.00 |
| 04/4/2022 | Review of Debtors income and Preparation of Amended Schedule J | Paralegal | .60 |

Total Hours: **5.6**

4. Applicant requests that compensation be awarded at the following hourly rate(s):
   Attorney Fees:   $335.00/ hr.

   Paralegal Fees:  $125.00/ hr.

5. Applicant requests reimbursement of expenses in the amount of $ 0.00 .

6. All services rendered and expenses incurred for which compensation or reimbursement is requested

   a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

   b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

7. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

   ☒ is adequately funded.

   ☐ is not adequately funded.

8. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $1750.00 in compensation and of $ 0.00 in reimbursement of actual, necessary expenses.

Dated:   December 21, 2022                    Signed: /s/ Paul H. Young, Esquire
                                                      Applicant

                                              By:  Paul H. Young, Esquire
                                              Name: Young, Marr, Mallis & Associates
                                              Address: 3554 Hulmeville Road
                                                       Suite 102
                                                       Bensalem, PA  19020
                                              Phone: 215-639-5297
                                              Fax: 215-639-1344